**FILED**
**AUG 2 1 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Keith Dawson, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-01362 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 8/21/2015 |
| ) | Description: Pro Se Gen. Civil (F) |
| U.S. Government (SSDI), ) | |
| ) | |
| Defendant. ) | |
| ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint and application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and hold this case in abeyance to give plaintiff an opportunity to amend the complaint to satisfy the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff is a District of Columbia resident suing the United States for the denial of social security benefits. Plaintiff alleges only that he filed for benefits in 2011 and indicates that he has exhausted his administrative remedies. The complaint fails to identify a "final decision of the Commissioner of Social Security" reviewable under 42 U.S.C. § 405(g). Rather than dismiss this action, the Court will permit plaintiff time to amend the complaint to provide adequate notice of a claim.

Accordingly, it is ordered that:

1. Plaintiff's motion to proceed *in forma pauperis* [Dkt. # 2] is GRANTED.

2. Within 30 days from the filing date of this Order, plaintiff shall file an amended complaint that identifies the agency decision(s) forming the basis of this action. Plaintiff's failure to comply within the time provided will result in dismissal of the case without prejudice.

Date: August 20th, 2015

United States District Judge